SNOW et al. v. HAZLEWOOD et al.

MASTERSON et al. v. SNOW et al.

(Circuit Court of Appeals, Fifth Circuit. October 3, 1910.)

Nos. 2,018, 2,030.

On petitions for rehearing. Amended, and rehearing denied.
For former opinion, see 179 Fed. 182.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PARDEE, Circuit Judge. The petitions for rehearing call our attention to the fact that in the opinion and decree herein rendered two mistakes were made in computing the liability of the Hogg-Swayne Syndicate and R. R. Hazlewood—one, in not deducting from the amount charged in the complainant's original bill the Keith Ward settlement; and, second, in stating the settlement of the Hogg-Swayne Syndicate for 15 acres as and for the sum of $6,000, instead of $5,000, the actual amount shown by the record. The effect of these two mistakes was to improperly increase the joint liability of the Hogg-Swayne Syndicate and R. R. Hazlewood in the sum of $3,500.

To correct these mistakes, we amend the decree heretofore entered in the case, to the effect that said R. R. Hazlewood, J. W. Swayne, R. E. Brooks, E. J. Marshall, W. F. Casey, A. S. Fisher, Sarah J. Campbell, as survivor in community of the estate of W. T. Campbell, deceased, Will C. Hogg and Ima Hogg, as independent executors of the estate of James S. Hogg, deceased, and Harris Masterson, be, and they are, hereby condemned to pay the complainants the sum of $18,-327.21, with interest at 6 per cent. from April 6, 1903, in lieu of the sum of $21,827.21.

With our decree thus amended, the petitions for rehearing are denied.